Case: 1:25-mj-00263
Assigned To: Judge Sharbaugh, Matthew J.
Assign. Date: 11/10/2025
Description: COMPLAINT W/ARREST WARRANT

## Statement of Offense

On November 7, 2025, at approximately 10:20 a.m., members assigned to the United States Marshal Service ("USMS") Capital Area Regional Fugitive Task Force ("CARFTF") were in the 3500 block of Minnesota Avenue, Southeast, Washington, D.C. attempting to locate and arrest Hakeem Johnson (hereinafter the defendant), who was the subject of a felony warrant (2025-CRW-004053) for Assault with a Dangerous Weapon (Gun) issued by D.C. Superior Court Judge Di Toro on September 16, 2025.

On that day, CARFTF members saw the defendant driving a gray Chevrolet Traverse. When the car stopped, law enforcement made contact with the defendant. The defendant got out of the car, fled on foot, and CARFTF members chased him. They apprehended him after a brief foot chase at 3519 Minnesota Ave, Southeast. Once detained by law enforcement pursuant to felony warrant 2025-CRW-004053, officers conducted a search incident to arrest. During that search, CARFTF members recovered a firearm from the defendant's front waistband.

The firearm was a Smith & Wesson M&P, 9mm caliber, semi-automatic handgun, (S/N HVP9334). It appeared to be fully functional, able to expel a projectile by means of an explosive action, had a barrel length of less than twelve inches and the ability to be fired by the use of a single hand. The firearm was loaded with one round of ammunition in the chamber and 17 rounds in a 17-round-capacity magazine. After the pistol was removed from the defendant's waistband, he was placed under arrest.

Your Affiant knows that there are no firearms or ammunition manufacturers in the District of Columbia. Therefore, the recovered firearm and ammunition would have traveled in interstate commerce before they were recovered in the District of Columbia.

A criminal history check revealed that on December 14, 2012, the defendant was convicted of Attempted Robbery in Circuit Court for Prince Georges Circuit Court in Maryland case CT120701C and sentenced to 15 years' imprisonment, with nine years suspended. The check also revealed that on August 27, 2013, the defendant was convicted of two counts of Attempted Robbery in D.C. Superior Court case 2013 CF3 006353 and sentenced to 14 months' imprisonment on each count, with the sentences for each count to be served consecutively. As such, on the date of his arrest in the instant case, the defendant was aware that he had been previously convicted of a crime that was punishable by more than a year. This conviction also made the defendant ineligible to have a concealed pistol carry permit in the District of Columbia. A check on the D.C. Gun Registry Database revealed the defendant was not licensed to possess a firearm in the District of Columbia. The defendant was charged with Unlawful Possession of a Firearm.

As such, your Affiant submits that probable cause exists to charge Hakim Johnson with violations of 18 U.S.C. § 922(g)(1) (Unlawful Possession of a Firearm and Ammunition by a Person Convicted of a Crime Punishable by Imprisonment for a Term Exceeding One Year).

_____
SPECIAL AGENT NICHOLAS FORCELLI
BUREAU OF ALCOHOL, TOBACCO,
FIREARMS AND EXPLOSIVES

*Attested to by the applicant in accordance with the requirements of Fed. R. Crim. P. 4.1 by telephone, this 10th day of November 2025.*

_____
HONORABLE MATTHEW J. SHARBAUGH
UNITED STATES MAGISTRATE JUDGE

2